AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

WILLIAM E. DUGAN, et al.

V.

HILDEBRANDT PAVING, LTD., an Illinois corporation

CASE NUMBER: 08CV2070  EDA

ASSIGNED JUDGE: JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE SCHENKIER

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

Hildebrandt Paving, Ltd.
c/o Judy Hildebrandt, President
45W860 Plank Road
Hampshire, IL  60140

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within   Twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Esperanza Arnold* (signature)

(By) DEPUTY CLERK

April 11, 2008

Date

State of Illinois

General No.: 08CV2070

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

WILLIAM VINCENT deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 4/17/2008 at 11:45:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT with Hildebrandt Paving, Ltd. c/o Judy Hildebrandt as shown below:

Served the wihin named Hildebrandt Paving, Ltd. c/o Judy Hildebrandt by delivering a true and correct copy of the SUMMONS and COMPLAINT , to Craig Hildebrandt a person authorized to accept service of process as agent.

Said service was effected at 37A Ione Dr., South Elgin, IL  60177

Description of Person Served Sex:   Height:   Weight:   Race:   Age:

Additional or Other Information:
Defendant does not reside at 45W860 Plank Rd., Hampshire, IL. The residence is vacant. The neighbors stated that defendant moved out in January 2008.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

4-18-08
Dated

William Vincent
117-000192