# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Samuel Der-Yeghiayan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2070 | **DATE** | 5/14/2008 |
| **CASE TITLE** | William E. Dugan, et al. Vs. Hildebrandt Paving, Ltd. | | |

**DOCKET ENTRY TEXT**

Status hearing held. No one appeared on behalf of the Defendant on the Court's noticed status hearing. The Court's docket reflects Defendant's responsive pleading was due 05/07/08. Plaintiffs' oral motion for entry of default is granted. Default is hereby entered in favor of the Plaintiffs John E. Kenny, Jr, David Fagan, William E. Dugan, Mamon Powers, Jr, Mike Piraino, Glen Weeks, James M. Sweeney, Marshall Douglas, Midwest Operating Engineers Welfare Fund, LaVerne S. Brown, Angelo A. DiPaolo, Mike Larson, James McNally, David Snelten, Midwest Operating Engineers Pension Trust Fund, David Rock, Daniel R. Plote, Martin Turek, Operating Engineers Local 150 Apprenticeship Fund, Local 150, I.U.O.E. Vacation Savings Plan, Steven M. Cisco and against Defendant Hildebrandt Paving, Ltd. Prove-up hearing set for 07/30/08 at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|