# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 2070 |
| | ) | |
| HILDEBRANDT PAVING, LTD., | ) | JUDGE SAMUEL DER-YEGHIAYAN |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorneys, request this Court enter judgment against Defendant, HILDEBRANDT PAVING, LTD., an Illinois corporation, default having been entered against the Defendant on May 14, 2008, in the total amount of $108,863.15, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,262.50.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Hildebrandt Paving\2008\motion for entry of judgment.cms.df.wpd

## CERTIFICATE OF SERVICE

The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of June 2008:

> Ms. Judy Hildebrandt, President
> Hildebrandt Paving, Ltd.
> 45W860 Plank Road
> Hampshire, IL   60140
>
> Mr. Craig Hildebrandt, Secretary
> Hildebrandt Paving, Ltd.
> 37-A Ione Drive
> South Elgin, IL   60177

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Hildebrandt Paving\2008\motion for entry of judgment.cms.df.wpd