# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| vs. | ) | NO. 08 C 2070 |
| | ) | |
| HILDEBRANDT PAVING, LTD., | ) | JUDGE SAMUEL DER-YEGHIAYAN |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF MOTION**

TO:  Ms. Judy Hildebrandt, President         Mr. Craig Hildebrandt, Secretary
     Hildebrandt Paving, Ltd.                 Hildebrandt Paving, Ltd.
     45W860 Plank Road                        37-A Ione Drive
     Hampshire, IL   60140                    South Elgin, IL   60177

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **24th** day of **June 2008** at **9:00 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Samuel Der-Yeghiayan, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1903, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Entry of Judgment. A copy of said motion is hereby served upon you.

                                   /s/   Cecilia M. Scanlon

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 17th day of June 2008:

        Ms. Judy Hildebrandt, President
        Hildebrandt Paving, Ltd.
        45W860 Plank Road
        Hampshire, IL   60140

        Mr. Craig Hildebrandt, Secretary
        Hildebrandt Paving, Ltd.
        37-A Ione Drive
        South Elgin, IL   60177


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Hildebrandt Paving\2008\notice of motion.cms.df.wpd