# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2070 | **DATE** | 6/24/2008 |
| **CASE TITLE** | Dugan, et al. Vs. Hildebrandt Paving, Ltd. | | |

**DOCKET ENTRY TEXT**

Motion hearing held.  Plaintiffs' motion for entry of default judgment in sum certain [13] is granted.  Default is hereby entered in favor of the Plaintiffs John E. Kenny, Jr, David Fagan, William E. Dugan, Mamon Powers, Jr, Mike Piraino, Glen Weeks, James M. Sweeney, Marshall Douglas, Midwest Operating Engineers Welfare Fund, LaVerne S. Brown, Angelo A. DiPaolo, Mike Larson, James McNally, David Snelten, Midwest Operating Engineers Pension Trust Fund, David Rock, Daniel R. Plote, Martin Turek, Operating Engineers Local 150 Apprenticeship Fund, Local 150, I.U.O.E. Vacation Savings Plan, Steven M. Cisco and against Defendant Hildebrandt Paving, Ltd. in the total amount of $111,l25.65.

For further details see judgment order                                                Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | maw |
|---|---|---|