# United States District Court
## Northern District of Illinois
### Eastern Division

Dugan, et al.                                    **JUDGMENT IN A CIVIL CASE**

         v.                                    Case Number: 08 C 2070

Hildebrandt Paving, Ltd.

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been
       tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues
       have been tried or heard and a decision has been rendered.


IT IS HEREBY ORDERED AND ADJUDGED that Plaintiffs' motion for entry of default
judgment in sum certain [13] is granted.  Default is hereby entered in favor of the Plaintiffs
John E. Kenny, Jr, David Fagan, William E. Dugan, Mamon Powers, Jr, Mike Piraino, Glen
Weeks, James M. Sweeney, Marshall Douglas, Midwest Operating Engineers Welfare Fund,
LaVerne S. Brown, Angelo A. DiPaolo, Mike Larson, James McNally, David Snelten,
Midwest Operating Engineers Pension Trust Fund, David Rock, Daniel R. Plote, Martin
Turek, Operating Engineers Local 150 Apprenticeship Fund, Local 150, I.U.O.E. Vacation
Savings Plan, Steven M. Cisco and against Defendant Hildebrandt Paving, Ltd. in the total
amount of $111,l25.65.


Michael W. Dobbins, Clerk of Court


Date: 6/24/2008                    _____Michael Wing_____
                                   /s/ Michael A. Wing, Deputy Clerk