*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____    Assigned/Issued By: _____

Judge Name: _____    Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____    Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons    ☐ Alias Summons

☐ Third Party Summons    ☐ Lis Pendens

☐ Non Wage Garnishment Summons    ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons    _____
_____
*(Victim, Against and $ Amount)*

☐ Citation to Discover Assets

☐ Writ _____    ☐ Other
*(Type of Writ)*    _____
_____
*(Type of issuance)*

_____ Original and _____ copies on _____ as to _____
*(Date)*

_____

_____

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., </br></br>              Plaintiffs,</br></br>vs.</br></br>HILDEBRANDT PAVING, LTD.,</br>an Illinois corporation,</br></br>              Defendant,</br></br>     and</br>HUNTLEY VENTURE, L.L.C.,</br>c/o Brian Meltzer, Registered Agent</br>1515 E. Woodfield Road, 2nd Floor</br>Schaumburg, IL  60173-6046 Garnishee</br>              Defendant. | CIVIL ACTION</br></br>NO.  08 C 2070</br></br>JUDGE  SAMUEL DER-YEGHIAYAN</br></br>RETURN DATE:  August 11, 2008 |

**FILED**
JUL 14 2008
Jul 14, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cecilia M. Scanlon on oath states:

1. Judgment was entered in this case on June 24, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Hildebrandt Paving, Ltd. for $ 111,125.65 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   - $ 111,125.65   principal
   - $      0.00    costs
   - $      0.00    interest
   - $ 111,125.65   TOTAL

4. I believe garnishee HUNTLEY VENTURE, L.L.C. is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 45W860 Plank Road, Hampshire, IL 60140

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON July 14, 20 08.

*/s/ Cecilia M Scanlon/*

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HILDEBRANDT PAVING, LTD., )<br>an Illinois corporation, )<br>)<br>Defendant. )<br>)<br>and )<br>HUNTLEY VENTURE, L.L.C., )<br>c/o Brian Meltzer, Registered Agent )<br>1515 E. Woodfield Road, 2nd Floor )<br>Schaumburg, IL 60173-6046 Garnishee )<br>Defendant. ) | CIVIL ACTION<br><br>NO. 08 C 2070<br><br>JUDGE SAMUEL DER-YEGHIAYAN |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
    (Yes or No)

2. If your answer is yes, describe the property:

    _____

    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
    (Yes or No)

4. If your answer is yes, state:

    Description: _____

    Amount: $ _____

    Date Due: _____

5. <u>A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof</u>.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 14 2008
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM E. DUGAN, et al.,

                Plaintiffs,

vs.

HILDEBRANDT PAVING, LTD.,
an Illinois corporation,

                Defendant,

        and
THE FREDERICK QUINN CORPORATION,
c/o Calvin E. Koeppel, Registered Agent
725 E. Irving Park Road, Suite D
Roselle, IL 60172-2355

                Garnishee Defendant.

CIVIL ACTION

NO. 08 C 2070

JUDGE SAMUEL DER-YEGHIAYAN

RETURN DATE: August 11, 2008

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cecilia M. Scanlon on oath states:

1. Judgment was entered in this case on June 24, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Hildebrandt Paving, Ltd. for $ 111,125.65 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   - $ 111,125.65 principal
   - $ 0.00 costs
   - $ 0.00 interest
   - $ 111,125.65 TOTAL

4. I believe garnishee THE FREDERICK QUINN CORPORATION is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 45W860 Plank Road, Hampshire, IL 60140

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON July 14, 20 08.

*/s/ Cecilia M Scanlon*

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>HILDEBRANDT PAVING, LTD., )<br>an Illinois corporation, )<br>)<br>Defendant, )<br>)<br>and )<br>)<br>THE FEDERICK QUINN CORPORATION, )<br>)<br>c/o Calvin E. Koeppel, Registered Agent )<br>725 E Irving Park Road, Garnishee )<br>Suite D Defendant. )<br>Roselle, IL 60172-2355 | CIVIL ACTION<br><br>NO. 08 C 2070<br><br>JUDGE SAMUEL DER-YEGHIAYAN |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
   (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM E. DUGAN, et al., <br><br>    Plaintiffs, <br><br>vs. <br><br>HILDEBRANDT PAVING, LTD., <br>an Illinois corporation, <br><br>    Defendant, <br><br>and <br><br>IHC CONSTRUCTION COMPANIES, L.L.C., <br>c/o Thomas S. Rakow, Registered Agent <br>1797 N. Lafox <br>South Elgin, IL 60177   Garnishee <br>    Defendant. | CIVIL ACTION <br><br>NO. 08 C 2070 <br><br>JUDGE SAMUEL DER-YEGHIAYAN <br><br>RETURN DATE: August 11, 2008 |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cecilia M. Scanlon on oath states:

1. Judgment was entered in this case on June 24, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Hildebrandt Paving, Ltd. for $111,125.65 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   - $ 111,125.65   principal
   - $ 0.00   costs
   - $ 0.00   interest
   - $ 111,125.65   TOTAL

4. I believe garnishee IHC CONSTRUCTION COMPANIES, L.L.C. is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 45W860 Plank Road, Hampshire, IL 60140

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON July 14, 2008.

_Cecilia M. Scanlon_ (signature)

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
|           Plaintiffs, | ) | |
| vs. | ) | CIVIL ACTION |
| HILDEBRANDT PAVING, LTD., an Illinois corporation, | ) | NO. 08 C 2070 |
|           Defendant, | ) | JUDGE SAMUEL DER-YEGHIAYAN |
| and IHC CONSTRUCTION COMPANIES, L.L.C., c/o Thomas S. Rakow, Registered Agent 1797 N. Lafox South Elgin, IL 60177   Garnishee Defendant. | ) | |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
                  (Yes or No)

2. If your answer is yes, describe the property:

_____

_____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
                  (Yes or No)

4. If your answer is yes, state:

    Description: _____

    Amount: $ _____

    Date Due: _____

5. <u>A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.</u>

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
JUL 14, 2008
JUL 14 2008  NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM E. DUGAN, et al., )
 )
                Plaintiffs, )
 )
vs. )  CIVIL ACTION
HILDEBRANDT PAVING, LTD., )
an Illinois corporation, )  NO. 08 C 2070
 )
                Defendant, )  JUDGE SAMUEL DER-YEGHIAYAN
 )
                and )  RETURN DATE: August 11, 2008
NORWOOD BUILDERS, INC., )
c/o Stephen S. Messutta, Registered Agent )
250 S. Northwest Highway, Suite 300 )
Park Ridge, IL 60068-4244 Garnishee )
                Defendant. )

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

      Cecilia M. Scanlon      on oath states:

1. Judgment was entered in this case on June 24, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Hildebrandt Paving, Ltd. for $ 111,125.65 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
    $ 111,125.65 principal
    $ 0.00 costs
    $ 0.00 interest
    $ 111,125.65 TOTAL

4. I believe garnishee NORWOOD BUILDERS, INC. is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 45W860 Plank Road, Hampshire, IL 60140

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON July 14, 20 08.

*/s/ Cecilia M Scanlon*

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>HILDEBRANDT PAVING, LTD., )<br>an Illinois corporation, )<br>)<br>Defendant. )<br>)<br>and )<br>NORWOOD BUILDERS, INC., )<br>c/o Stephen S. Messutta, Registered Agent )<br>250 S. Northwest Highway, Suite 300 )<br>Park Ridge, IL 60068-4244 )<br>Garnishee )<br>Defendant. ) | CIVIL ACTION<br><br>NO. 08 C 2070<br><br>JUDGE SAMUEL DER-YEGHIAYAN |

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
   (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.