UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUL 14 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM E. DUGAN, et al.,

                Plaintiffs,

vs.

HILDEBRANDT PAVING, LTD.,
an Illinois corporation,

                Defendant,

and

IHC CONSTRUCTION COMPANIES, L.L.C.,
c/o Thomas S. Rakow, Registered Agent
1797 N. Lafox
South Elgin, IL  60177    Garnishee
                Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CIVIL ACTION

NO.  08 C 2070

JUDGE  SAMUEL DER-YEGHIAYAN

RETURN DATE:  August 11, 2008

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____ Cecilia M. Scanlon _____ on oath states:

1. Judgment was entered in this case on _____ June 24, _____ , 2008 in favor of the judgment creditor William E. Dugan, et al. _____ and against the judgment debtor Hildebrandt Paving, Ltd. _____ for $ 111,125.65 _____ and costs.

2. $ 0 _____ has been paid on the judgment.

3. There is unpaid on the judgment:

    $ 111,125.65 _____ principal
    $ 0.00 _____ costs
    $ 0.00 _____ interest
    $ 111,125.65 _____ TOTAL

4. I believe garnishee IHC CONSTRUCTION COMPANIES, L.L.C. _____ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is _____ 45W860 Plank Road, _____ Hampshire, IL  60140 _____

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON _____ July 14 _____ , 20 08 .

_Cecilia M Scanlon_

NAME:  Cecilia M. Scanlon
ATTORNEY FOR:  Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL  60606-5231
TELEPHONE:  312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 2 5 2008  NR

JUL 25, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM E. DUGAN, et al.,           )
                                    )
                    Plaintiffs,     )
                                    )
        vs.                         )      CIVIL ACTION
                                    )
HILDEBRANDT PAVING, LTD.,           )      NO.  08 C 2070
an Illinois corporation,           )
                                    )
                    Defendant,      )      JUDGE SAMUEL DER-YEGHIAYAN
                                    )
        and                         )
IHC CONSTRUCTION COMPANIES, L.L.C., )
c/o Thomas S. Rakow, Registered Agent )
1797 N. Lafox                       )
South Elgin, IL  60177   Garnishee  )
                         Defendant.  )

## INTERROGATORIES TO GARNISHEE

1.      When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER: ___No___
            (Yes or No)

2.      If your answer is yes, describe the property:

_____

_____

_____

3.      When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: ___No___
            (Yes or No)

4.      If your answer is yes, state:

Description: _____

Amount:      $ _____

Date Due:    _____

5.      A copy of the answer to these interrogatories must be filed with the Clerk of Court.  In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6.      I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

President - IHC Construction Co. LLC

**AFFIDAVIT**

_____ on oath states that the answers to the interrogatories are true.

NAOMI G. MURDOCH
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
August 28, 2011

Naomi G. Murdoch