UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al.,  )
                           )
            Plaintiffs,    )
                           )
       vs.                 )   CIVIL ACTION
                           )
HILDEBRANDT PAVING, LTD.,  )   NO. 08 C 2070
an Illinois corporation,   )
                           )   JUDGE SAMUEL DER-YEGHIAYAN
            Defendant,     )
                           )
       and                 )
                           )
THE FREDERICK QUINN CORPORATION, )
                           )
c/o Calvin E. Koeppel, Registered Agent )
725 E Irving Park Road,    )  Garnishee
   Suite D                 )  Defendant.
Roselle, IL 60172-2355

ANSWERS TO
**INTERROGATORIES TO GARNISHEE**

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: __NO__
           (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

   [RECEIVED AUG 06 2008 FREDERICK QUINN CORP stamp]

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: __NO__
           (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

AFFIDAVIT

_[signature]_____ on oath states that the answers to the interrogatories are true. Scott A. Metzler, President

_[signature: Kathryn Fink]_____
Subscribed and sworn to me on
the __7th__ day of __August__ 2008

OFFICIAL SEAL
KATHRYN FINK
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/10

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 11th day of August, 2008, he electronically filed the foregoing ANSWERS TO INTERROGATORIES TO GARNISHEE with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

>Cecilia M. Scanlon
>Beverly Pazon Alfon
>Catherine Marie Chapman
>BAUM SIGMAN AUERBACH & NEUMAN, LTD.
>200 West Adams Street, Suite 2200
>Chicago, IL 60606

>/s/ Matthew J. Straub