UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., <br><br> Plaintiffs. <br><br> vs. <br><br> HILDEBRANDT PAVING, LTD., an Illinois corporation, <br><br> Defendant, <br><br> and <br><br> HUNTLEY VENTURE, L.L.C., c/o Brian Meltzer, Registered Agent 1515 E. Woodfield Road, 2nd Floor Schaumburg, IL 60173-6046 Garnishee Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CIVIL ACTION <br><br> NO. 08 C 2070 <br><br> JUDGE SAMUEL DER-YEGHIAYAN |

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: __Yes__
    (Yes or No)

2. If your answer is yes, describe the property:
Huntley Venture is in control of $28,458.00 which Hildebrandt Paving, Ltd. had an interest prior to the non-payment of certain material suppliers and the entry of a judgment on December 17, 2007 in the amount of $207,888.88 in favor of Huntley Venture LLC in the Circuit Court of the Twenty-Second Judicial Circuit, McHenry County, Illinois; Huntley Venture, LLC vs. Hildebrandt Paving, Ltd., et al. No. 07 LA 292

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: __No__
    (Yes or No)

4. If your answer is yes, state:
    Description: _____
    Amount: $_____
    Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

## AFFIDAVIT

John Adams, on behalf of Ryland Group, Inc., member of Huntley Venture, LLC on oath states that the answers to the interrogatories are true.

_[signature]_