*United States District Court for the Northern District of Illinois*
Revised 03/11/2008

Case Number: _____     Assigned/Issued By: _____

Judge Name: _____     Designated Magistrate Judge: _____

---

## FEE INFORMATION

*Amount Due:*  ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

## ISSUANCES

☐ Summons                                    ☐ Alias Summons

☐ Third Party Summons                        ☐ Lis Pendens

☐ Non Wage Garnishment Summons               ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons         _____
                                             _____
                                             *(Victim, Against and $ Amount)*

☐ Citation to Discover Assets                ☐ Other

☐ Writ _____                  _____
   *(Type of Writ)*                          _____
                                             *(Type of issuance)*

_____Original and _____ copies on _____ as to _____
                                        (Date)

_____

_____



UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> HILDEBRANDT PAVING, LTD., ) <br> an Illinois corporation, ) <br> ) <br> Defendant, ) <br> ) <br> and ) <br> NORWOOD ROSELLE, LLC, ) <br> c/o Stephen S. Messutta, Registered Agent ) <br> 250 S. Northwest Highway, Suite 300 ) <br> Park Ridge, IL   60068    Garnishee ) <br>                                Defendant. ) | CIVIL ACTION <br><br> NO.  08 C 2070 <br><br> JUDGE  SAMUEL DER-YEGHIAYAN <br><br> RETURN DATE: September 5, 2008 <br><br> **FILED** <br><br> AUG 0 8 2008  TC <br> Aug 8, 2008 <br> MICHAEL W. DOBBINS <br> CLERK, U.S. DISTRICT COURT |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cecilia M. Scanlon on oath states:

1. Judgment was entered in this case on __June 24,__ __2008__ in favor of the judgment creditor __William E. Dugan, et al.__ and against the judgment debtor __Hildebrandt Paving, Ltd.__ for $ __111,125.65__ and costs.

2. $ __0__ has been paid on the judgment.

3. There is unpaid on the judgment:
   $ __111,125.65__ principal
   $ __0.00__ costs
   $ __0.00__ interest
   $ __111,125.65__ TOTAL

4. I believe garnishee __NORWOOD ROSELLE, LLC__ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is __45W860 Plank Road, Hampshire, IL   60140__

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.
**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**
**EXECUTED ON** __August 8__, 20__08__.

*Cecilia M Scanlon* (signature)

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| HILDEBRANDT PAVING, LTD., | ) | NO. 08 C 2070 |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant, | ) | JUDGE SAMUEL DER-YEGHIAYAN |
| and | ) | |
| NORWOOD ROSELLE, LLC, | ) | |
| c/o Stephen S. Messutta, Registered Agent | ) | |
| 250 S. Northwest Highway, Suite 300 | ) | |
| Park Ridge, IL 60068 | ) | |
| Garnishee Defendant. | ) | |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

   ANSWER: _____
   (Yes or No)

2. If your answer is yes, describe the property:

   _____
   _____
   _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

   ANSWER: _____
   (Yes or No)

4. If your answer is yes, state:

   Description: _____
   Amount: $ _____
   Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.