# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

WILLIAM E. DUGAN, et al.,                )
                                         )
                        Plaintiffs,      )
                                         )
            vs.                          )      CIVIL ACTION
                                         )
HILDEBRANDT PAVING, LTD.,                )      NO.  08 C 2070  08cv2070
an Illinois corporation,                 )
                                         )      JUDGE SAMUEL DER-YEGHIAYAN
                        Defendant,       )
                                         )
                                         )      F I L E D
            and                          )      Aug 11, 2008
NORWOOD BUILDERS, INC.,                  )      AUG 1 1 2008  YM
c/o Stephen S. Messutta, Registered Agent)
250 S. Northwest Highway, Suite 300      )
Park Ridge, IL  60068-4244 Garnishee     )      MICHAEL W. DOBBINS
                        Defendant.       )      CLERK, U.S. DISTRICT COURT

## INTERROGATORIES TO GARNISHEE

1.    When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER:  ___No___
              (Yes or No)

2.    If your answer is yes, describe the property:

_____

_____

_____

3.    When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER:  ___No___
              (Yes or No)

4.    If your answer is yes, state:

Description:    _____

Amount:    $_____

Date Due:    _____

5.    A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6.    I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

## AFFIDAVIT

_Stephen S. Messutta, General Counsel_ on oath states that the answers to the interrogatories are true.

_____
        General Counsel

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WILLIAM E. DUGAN, et al.,                          )
                                                   )
                              Plaintiffs,           )
                                                   )
            vs.                                    )      CIVIL ACTION
                                                   )
HILDEBRANDT PAVING, LTD.,                           )      NO.  08 C 2070
an Illinois corporation,                           )
                                                   )
                              Defendant,            )      JUDGE  SAMUEL DER-YEGHIAYAN
                                                   )
            and                                    )      RETURN DATE:  August 11, 2008
NORWOOD BUILDERS, INC.,                             )
c/o Stephen S. Messutta, Registered Agent          )
250 S. Northwest Highway, Suite 300                )
Park Ridge, IL  60068-4244 Garnishee               )
                              Defendant.            )

**RECEIVED**

**JUL 14 2008**

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____ Cecilia M. Scanlon _____ on oath states:

1.  Judgment was entered in this case on _____ June 24, _____, 2008 in favor of the
    judgment creditor William E. Dugan, et al. _____ and against the judgment
    debtor Hildebrandt Paving, Ltd. _____ for $ 111,125.65 _____
    and costs.

2.  $ 0 _____ has been paid on the judgment.

3.  There is unpaid on the judgment:

    | | |
    |---|---|
    | $ 111,125.65 | principal |
    | $        0.00 | costs |
    | $        0.00 | interest |
    | $ 111,125.65 | TOTAL |

4.  I believe garnishee _____ NORWOOD BUILDERS, INC. _____ is or will be indebted to
    judgment debtor, other than wages, or has in his possession, custody or control property belonging
    to him or her or in which he/she has an interest.

5.  The last known address of the judgment debtor is __ 45W860 Plank Road, _____
    __ Hampshire, IL  60140 _____

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON _____ July 14 _____, 20 08.

*Cecilia M Scanlon*

NAME:  Cecilia M. Scanlon
ATTORNEY FOR:  Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY:  Chicago, IL  60606-5231
TELEPHONE:  312/236-4316