# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION |
| HILDEBRANDT PAVING, LTD., ) | |
| an Illinois corporation, ) | NO.  08 C 2070 |
| ) | |
| Defendant, ) | JUDGE SAMUEL DER-YEGHIAYAN |
| ) | |
| and ) | |
| ) | |
| NORWOOD ROSELLE, LLC, ) | |
| ) | |
| Garnishee Defendant. ) | |

## CERTIFICATE OF MAILING

I hereby certify that I served upon the Judgment Debtor in this cause a copy of the Garnishment Summons and Garnishment Notice by first class mail to the Judgment Debtor's address as indicated in the Garnishment Notice.

DATED: August 19, 2008

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Hildebrandt Paving\2008\certificate of mailing (norwood roselle).cms.df.wpd

**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION |
| HILDEBRANDT PAVING, LTD., ) | |
| an Illinois corporation, ) | NO.  08 C 2070 |
| ) | |
| Defendant, ) | JUDGE SAMUEL DER-YEGHIAYAN |
| ) | |
| and ) | |
| ) | |
| NORWOOD ROSELLE, LLC, ) | |
| ) | |
| Garnishee Defendant. ) | |

**CERTIFICATE OF MAILING**

I hereby certify that I served upon the Judgment Debtor in this cause a copy of the Garnishment Summons and Garnishment Notice by first class mail to the Judgment Debtor's address as indicated in the Garnishment Notice.

DATED: August 19, 2008

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs/Judgment Creditors
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com