ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 18 2008
AUG 18 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM E. DUGAN, et al., )
                  Plaintiffs, )
                                )   CIVIL ACTION
vs. )
HILDEBRANDT PAVING, LTD., )   NO. 08 C 2070
an Illinois corporation, )
                Defendant, )   JUDGE SAMUEL DER-YEGHIAYAN
    and )
NORWOOD ROSELLE, LLC, )
c/o Stephen S. Messutta, Registered Agent )
250 S. Northwest Highway, Suite 300 )
Park Ridge, IL 60068 )
                Garnishee )
                Defendant. )

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER:   Yes
               (Yes or No)

2. If your answer is yes, describe the property:

$10,718.28 in construction loan proceeds held in Chicago Title Construction Escrow 1409-26076406-001; an additional $4,685.92 can be drawn down under the loan as well, once an appropriate turnover order is entered.

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER:   Yes
               (Yes or No)

4. If your answer is yes, state:
    Description:   Balance on construction contract incl. retention
    Amount:   $10,718.28 + $4,685.92 retention = $15,404.20
    Date Due:   N/A

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

**AFFIDAVIT**

Stephen S. Messutta, General Counsel for Norwood / Roselle LLC on oath states that the answers to the interrogatories are true.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



RECEIVED
AUG 08 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM E. DUGAN, et al., ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| HILDEBRANDT PAVING, LTD., ) | NO. 08 C 2070 |
| an Illinois corporation, ) | |
| ) | JUDGE SAMUEL DER-YEGHIAYAN |
| Defendant, ) | |
| and ) | RETURN DATE: September 5, 2008 |
| NORWOOD ROSELLE, LLC, ) | |
| c/o Stephen S. Messutta, Registered Agent ) | |
| 250 S. Northwest Highway, Suite 300 ) | |
| Park Ridge, IL 60068  Garnishee ) | |
| Defendant. ) | |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cecilia M. Scanlon on oath states:

1. Judgment was entered in this case on June 24, 2008 in favor of the judgment creditor William E. Dugan, et al. and against the judgment debtor Hildebrandt Paving, Ltd. for $ 111,125.65 and costs.

2. $ 0 has been paid on the judgment.

3. There is unpaid on the judgment:
   $ 111,125.65  principal
   $     0.00    costs
   $     0.00    interest
   $ 111,125.65  TOTAL

4. I believe garnishee NORWOOD ROSELLE, LLC is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is 45W860 Plank Road, Hampshire, IL 60140

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON August 8, 20 08.

/s/ Cecilia M Scanlon

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316