**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WILLIAM E. DUGAN, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | CIVIL ACTION |
| HILDEBRANDT PAVING, LTD., | ) | |
| an Illinois corporation, | ) | NO. 08 C 2070 |
| | ) | |
| Defendant, | ) | JUDGE SAMUEL DER-YEGHIAYAN |
| | ) | |
| and | ) | |
| | ) | |
| NORWOOD ROSELLE, LLC, | ) | |
| | ) | |
| Garnishee Defendant. | ) | |

**NOTICE OF MOTION**

TO:  Mr. Stephen S. Messutta, Registered Agent  Hildebrandt Paving, Ltd.
     Norwood Roselle, LLC                        45W860 Plank Road
     250 S. Northwest Highway, Suite 300         Hampshire, IL  60140
     Park Ridge, IL  60068

YOU ARE HEREBY NOTIFIED that on **Tuesday**, the **9th** day of **September 2008** at **9:30 a.m.**, or as soon thereafter as counsel can be heard, we shall appear before the Honorable Samuel Der-Yeghiayan, Judge of the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 1903, 219 South Dearborn Street, Chicago, IL, and then and there present Plaintiffs' Motion for Turn-Over Order Against Garnishee Defendant.  A copy of said motion is hereby served upon you.

/s/   Cecilia M. Scanlon

**CERTIFICATE OF SERVICE**

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participants on or before the hour of 5:00 p.m. this 28th day of August 2008:

    Mr. Stephen S. Messutta, Registered Agent
    Norwood Roselle, LLC
    250 S. Northwest Highway, Suite 300
    Park Ridge, IL   60068

    Hildebrandt Paving, Ltd.
    45W860 Plank Road
    Hampshire, IL   60140

      /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\Hildebrandt Paving\2008\notice of motion-too.cms.df.wpd