## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | CIVIL ACTION |
| HILDEBRANDT PAVING, LTD., ) | |
| an Illinois corporation, ) | NO. 08 C 2070 |
| ) | |
| Defendant, ) | JUDGE SAMUEL DER-YEGHIAYAN |
| ) | |
| and ) | |
| ) | |
| NORWOOD ROSELLE, LLC, ) | |
| ) | |
| Garnishee Defendant. ) | |

### TURN-OVER ORDER

This matter coming on to be heard upon the Motion of Plaintiffs for entry of a turn-over order against Garnishee-Defendant, and the Court being fully advised in the premises, FINDS:

1.  On June 24, 2008, judgment was entered by the Honorable Samuel Der-Yeghiayan in favor of Plaintiffs and against Defendant in the amount of $111,125.65.

2.  On August 14, 2008, Plaintiffs caused a non-wage garnishment summons and interrogatories to be served on the Garnishee Defendant, Norwood Roselle, LLC.

3.  On August 18, 2008, Garnishee Defendant, Norwood Roselle, LLC, answered Plaintiffs' Interrogatories indicating that it was in possession of $15,404.20, which was then due and owing to Defendant, Hildebrandt Paving, Ltd.

4.  There remains $111,125.65 due and owing on the judgment entered on June 24, 2008.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

    Plaintiffs have and recover from the Garnishee-Defendant, NORWOOD ROSELLE, LLC, the sum of $15,404.20.

ENTER:

_____
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2008

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

C:\Temp\notes6030C8\too.cms.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she caused a copy of the foregoing document (Turn-Over Order) to be served upon:

                Mr. Stephen S. Messutta, Registered Agent
                Norwood Roselle, LLC
                250 S. Northwest Highway, Suite 300
                Park Ridge, IL   60068

                Hildebrandt Paving, Ltd.
                45W860 Plank Road
                Hampshire, IL   60140

by U.S. Mail on or before the hour of 5:00 p.m. this 28th day of August 2008.


                                          /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

C:\Temp\notes6030C8\too.cms.df.wpd