Case 1:08-cv-02070   Document 41   Filed 09/05/2008   Page 1 of 2

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



FILED
SEP - 5 2008
Sep 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM E. DUGAN, et al, | ) |
| Plaintiffs, | ) |
| vs. | ) CIVIL ACTION |
| HILDEBRANDT PAVING, LTD., an Illinois corporation, | ) NO.  08 C 2070 |
| Defendant, | ) JUDGE SAMUEL DER-YEGHIAHAN |
| and | ) RETURN DATE: October 3, 2008 |
| HURON DEVELOPMENT GROUP, LLC, c/o Michael C. Phillips, Registered Agent 123 W. Front Street, Suite 200 Wheaton, IL  60187-5105    Garnishee Defendant. | ) |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

_____ Cecilia M. Scanlon _____ on oath states:

1. Judgment was entered in this case on __June 24__, 2008 in favor of the judgment creditor __William E. Dugan, et al.__ and against the judgment debtor __Hildebrandt Paving, Ltd.__ for $ __111,125.65__ and costs.

2. $ __0__ has been paid on the judgment.

3. There is unpaid on the judgment:
   $ __111,125.65__ principal
   $ __0.00__ costs
   $ __0.00__ interest
   $ __111,125.65__ TOTAL

4. I believe garnishee __HURON DEVELOPMENT GROUP, LLC__ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is __45W860 Plank Road, Hampshire, IL  60140__

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON _____ September 5 _____, 20 __08__.

*/s/ Cecilia M Scanlon*

NAME:  Cecilia M. Scanlon
ATTORNEY FOR:  Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY:  Chicago, IL 60606-5231
TELEPHONE:  312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br> )<br>          Plaintiffs, )<br> )<br>vs. )<br> )<br>HILDEBRANDT PAVING, LTD., )<br>an Illinois corporation, )<br> )<br>          Defendant, )<br> )<br>    and )<br>HURON DEVELOPMENT GROUP, LLC, )<br>c/o Michael C. Phillips, Registered Agent )<br>123 W. Front Street, Suite 200 )<br>Wheaton, IL  60187-5105   Garnishee )<br>                          Defendant. ) | CIVIL ACTION<br><br>NO.   08 C 2070<br><br>JUDGE  SAMUEL DER-YEGHIAHAN |

## INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
                 (Yes or No)

2. If your answer is yes, describe the property:

    _____
    _____
    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
                 (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount:     $ _____
    Date Due:   _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

**AFFIDAVIT**

_____ on oath states that the answers to the interrogatories are true.