UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



**FILED**
SEP - 5 2008
Sep 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| WILLIAM E. DUGAN, et al, <br><br>         Plaintiffs, <br><br> vs. <br><br> HILDEBRANDT PAVING, LTD., <br> an Illinois corporation, <br><br>         Defendant, <br><br> and <br> R. CARLSON & SONS, INC., <br> c/o William Sieczkowski, Registered Agent <br> 19140 104th Avenue <br> Mokena, IL   60448-8202     Garnishee <br>                                Defendant. | CIVIL ACTION <br><br> NO.   08 C 2070 <br><br> JUDGE SAMUEL DER-YEGHIAHAN <br><br> RETURN DATE: October 3, 2008 |

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

Cecilia M. Scanlon    on oath states:

1. Judgment was entered in this case on __June 24__, 2008 in favor of the judgment creditor __William E. Dugan, et al.__ and against the judgment debtor __Hildebrandt Paving, Ltd.__ for $ __111,125.65__ and costs.

2. $ __0__ has been paid on the judgment.

3. There is unpaid on the judgment:
   $ __111,125.65__ principal
   $ __0.00__ costs
   $ __0.00__ interest
   $ __111,125.65__ TOTAL

4. I believe garnishee __R. CARLSON & SONS, INC.__ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5. The last known address of the judgment debtor is __45W860 Plank Road, Hampshire, IL 60140__

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON __September 5__, 20__08__.

_Cecilia M Scanlon_ (signature)

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, et al., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>HILDEBRANDT PAVING, LTD., )<br>an Illinois corporation, )<br>)<br>Defendant, )<br>)<br>and )<br>R. CARLSON & SONS, INC., )<br>c/o William Sieczkowski, Registered Agent )<br>19140 104th Avenue )<br>Mokena, IL 60448-8202 )<br>Garnishee )<br>Defendant. ) | CIVIL ACTION<br><br>NO. 08 C 2070<br><br>JUDGE SAMUEL DER-YEGHIAHAN |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

    ANSWER: _____
    (Yes or No)

2. If your answer is yes, describe the property:

    _____
    _____
    _____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

    ANSWER: _____
    (Yes or No)

4. If your answer is yes, state:

    Description: _____
    Amount: $ _____
    Date Due: _____

5. A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6. I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

### AFFIDAVIT

_____ on oath states that the answers to

_____
the interrogatories are true.