UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

Sep 5 2008

SEP - 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

WILLIAM E. DUGAN, et al,

               Plaintiffs,

      vs.

HILDEBRANDT PAVING, LTD.,
an Illinois corporation,

               Defendant,

        and

CLUNE CONSTRUCTION COMPANY, LP,
c/o C T Corporation System, Registered Agent
208 S. LaSalle Street, Suite 814
Chicago, IL 60606-1101   Garnishee
               Defendant.

CIVIL ACTION

NO.  08 C 2070

JUDGE SAMUEL DER-YEGHIAHAN

RETURN DATE: October 3, 2008

## AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

    Cecilia M. Scanlon    on oath states:

1.    Judgment was entered in this case on ___June 24___, 2008 in favor of the judgment creditor ___William E. Dugan, et al.___ and against the judgment debtor ___Hildebrandt Paving, Ltd.___ for $ 111,125.65 and costs.

2.    $ 0 ___ has been paid on the judgment.

3.    There is unpaid on the judgment:

| | |
|---|---|
| $ 111,125.65 | principal |
| $ 0.00 | costs |
| $ 0.00 | interest |
| $ 111,125.65 | TOTAL |

4.    I believe garnishee ___CLUNE CONSTRUCTION COMPANY, LP___ is or will be indebted to judgment debtor, other than wages, or has in his possession, custody or control property belonging to him or her or in which he/she has an interest.

5.    The last known address of the judgment debtor is ___45W860 Plank Road, Hampshire, IL 60140___

I REQUEST THAT SUMMONS ISSUE DIRECTED TO THE GARNISHEE.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED ON ___September 5___, 20 08.

_Cecilia M Scanlon_

NAME: Cecilia M. Scanlon
ATTORNEY FOR: Plaintiffs/Judgment Creditors
ADDRESS: 200 W. Adams Street, Suite 2200
CITY: Chicago, IL 60606-5231
TELEPHONE: 312/236-4316

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM E. DUGAN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| HILDEBRANDT PAVING, LTD., | ) | NO.   08 C 2070 |
| an Illinois corporation, | ) | |
| | ) | |
| Defendant, | ) | JUDGE  SAMUEL DER-YEGHIAHAN |
| | ) | |
| and | ) | |
| CLUNE CONSTRUCTION COMPANY, LP, | ) | |
| c/o C T Corporation System, Registered Agent | | |
| 208 S. LaSalle Street, Suite 814 | ) | |
| Chicago, IL  60604-1101   Garnishee | ) | |
| Defendant. | ) | |

## INTERROGATORIES TO GARNISHEE

1.      When you were served with summons, did you have in your possession, custody or control any property belonging to the judgment debtor or in which he or she had an interest?

ANSWER: _____
           (Yes or No)

2.      If your answer is yes, describe the property:

_____

_____

_____

3.      When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

ANSWER: _____
           (Yes or No)

4.      If your answer is yes, state:

Description:     _____

Amount:      $ _____

Date Due:     _____

5.      A copy of the answer to these interrogatories must be filed with the Clerk of Court. In addition, a copy should be sent to the attorney whose name appears on the reverse side hereof.

6.      I certify that a copy of this answer has been mailed or delivered to the judgment debtor.

## AFFIDAVIT

_____ on oath states that the answers to the interrogatories are true.